IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CESAR LEE,** : | |
|    **Plaintiff.** : | |
| : | |
|    v. : | **Civ. No. 11-195** |
| : | |
| **LISA P. JACKSON, et al.,** : | |
|    **Defendants.** : | |

# ORDER

**AND NOW**, this 14th day of May, 2013, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Partial Summary Judgment as to Counts I and II (Doc. No. 24) is **DENIED**;

2. Defendant's Cross-Motion for Summary Judgment (Doc. No. 30) is **GRANTED**;

3. **JUDGMENT** is entered in favor of Defendant and against Plaintiff on all Counts; and

4. The Clerk shall mark this case **CLOSED** for statistical purposes.

                                  **AND IT IS SO ORDERED.**

                                  */s/ Paul S. Diamond*
                                  _____
                                  Paul S. Diamond, J.