IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR LEE,<br>　　Plaintiff. | : | |
| | : | |
| 　v. | : | Civ. No. 11-195 |
| | : | |
| LISA P. JACKSON, et al.,<br>　　Defendants. | : | |

## AMENDED ORDER

**AND NOW**, this 16th day of May, 2013, my Order of May 14, 2013 is hereby amended and it is **ORDERED** as follows:

1. Plaintiff's Motion for Partial Summary Judgment as to Counts I and II (Doc. No. 24) is **DENIED**;

2. Defendants' Cross-Motion for Summary Judgment (Doc. No. 30) is **GRANTED**;

3. **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all Counts; and

4. The Clerk shall mark this case **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.